# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THOMAS JACKSON and CAROL JACKSON,

    Plaintiffs,

vs.

UNITED ARTISTS THEATRE CIRCUIT, INC., d/b/a UA RAINBOW PROMENADE,

    Defendants.

Case No. 2:10-cv-00050-LDG-GWF

**ORDER**

    This matter is before the Court on the Plaintiffs' Unopposed Motion to Amend Pleadings to Add Master Janitorial as a Defendant and Extend Discovery Deadlines (Second Request) (#23), filed January 4, 2011; Defendant's Response to Plaintiffs' Motions to Amend Their Complaint; and Enlarge Time for Discovery (#28), filed January 14, 2011; and Plaintiffs' Reply to Defendant's Response (#30), filed January 24, 2011. The Court conducted a hearing in this matter on January 28, 2011. After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

    **IT IS ORDERED** that Plaintiffs' Unopposed Motion to Amend Pleadings to Add Master Janitorial as a Defendant and Extend Discovery Deadlines (#23) is **denied**, as to amend pleadings to add Master Janitorial, and **granted**, as to extension of the discovery deadlines, as stated in open court.

    **IT IS FURTHER ORDERED** that the discovery deadline is extended to **March 14, 2011**, to enable the parties to complete expert depositions and for Plaintiffs to take the deposition of the janitorial services and/or subpoena records from the janitorial services to determine whether good cause exists for Plaintiffs to be granted leave to file an amended complaint naming the janitorial services as a defendant, only.

**IT IS FURTHER ORDERED** that the following discovery plan and scheduling order dates shall apply:

    1.    Last date to file dispositive motions: **April 13, 2011**

    2.    Last date to file joint pretrial order: **May 13, 2011**.

DATED this 31st day of January, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge