# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THOMAS JACKSON and CAROL JACKSON, )
)
    Plaintiffs, ) Case No. 2:10-cv-00050-LDG-GWF
)
vs. ) **ORDER**
)
UNITED ARTISTS THEATRE CIRCUIT, INC., ) Motion for Extension (#48)
d/b/a UA RAINBOW PROMENADE, )
)
    Defendants. )

This matter is before the Court on Plaintiffs' Emergency Motion for Limited Extension of Time in Which to Subpoena Master Janitorial (#48), filed March 14, 2011, and Defendant's Opposition to Plaintiff's Emergency Motion to Extend Discovery (#49), filed March 15, 2011. Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiffs' Emergency Motion for Limited Extension of Time in Which to Subpoena Master Janitorial (#48) is **granted**. Plaintiffs shall have up to and including **March 30, 2011** to depose Master Janitorial.

DATED this 16th day of March, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge