# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS JACKSON and CAROL JACKSON, | |
| Plaintiffs, | Case No.  2:10-cv-00050-LDG-GWF |
| vs. | **ORDER** |
| UNITED ARTISTS THEATRE CIRCUIT, INC., d/b/a UA RAINBOW PROMENADE, | Motion to Withdraw Motion for Order to Show Cause (#97) |
| Defendants. | |

This matter comes before the Court on Defendant United Artists Theatre Circuit Inc.'s Motion to Withdraw Motion for Order to Show Cause (#97), filed on March 29, 2012.  Defendant requests the Court allow it to withdraw its Motion for Order to Show Cause (#94) as the parties are participating in good faith mediation efforts and withdrawal of this motion was agreed upon in a continuing effort to resolve this matter.  The Court will grant Defendant's request.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant United Artists Theatre Circuit Inc.'s Motion to Withdraw Motion for Order to Show Cause (#97) is **granted**.  The Clerk of the Court shall withdraw Defendant's Motion for Order to Show Cause for Failure to Comply with Court Order for Payment of Attorney's Fees and Costs (#94).

DATED this 30th day of March, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge