1  **DAVID BARRON, ESQ.**
   Nevada Bar No. 0142
2  **CHELSEA PYASETSKYY, ESQ.**
   Nevada Bar No. 11688
3  **BARRON & PRUITT, LLP**
   3890 West Ann Rd.
4  North Las Vegas, Nevada 89031
   Telephone: (702) 870-3940
5  Facsimile:  (702) 870-3950
   Email:  dbarron@lvnvlaw.com
6  cpyasetskyy@lvnvlaw.com
   *Counsel for United Artists*
7  *Theatre Circuit, Inc.*

8                  **UNITED STATES DISTRICT COURT**

9                        **CLARK COUNTY, NEVADA**

10                                    \*\*\*

11 | THOMAS JACKSON, an Individual,
   | CAROL JACKSON, an Individual,            Case No.:   2:10-CV-00050-LDG-GWF
12 |
13 |              Plaintiffs,
14 | v.
15 | UNITED ARTISTS THEATRE CIRCUIT,          **STIPULATION AND ORDER FOR**
   | INC., a Maryland Corporation doing       **DISMISSAL WITH PREJUDICE**
16 | business as UA RAINBOW
   | PROMENADE; DOES I through X,
17 | inclusive and ROE CORPORATIONS XI-
   | XX, inclusive
18 |
   |              Defendants.
19

20        IT IS HEREBY STIPULATED and AGREED, by and between Plaintiffs, THOMAS and

21 CAROL JACKSON, and Defendant, UNITED ARTISTS THEATRE CIRCUIT, INC., by and

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27

28

through respective attorneys that the above-entitled matter may be dismissed in its entirety, with prejudice, each party to bear its own costs and fees.

LAW OFFICE OF DAN WINDER                    BARRON & PRUITT, LLP

/s/ Judy C. Q.                              /s/ Chels Py
_____                 _____
Dan Winder, Esq.                            David Barron, Esq.
Nevada Bar No. 1569                         Nevada Bar No. 142
Judy C. Cox, Esq.                           Chelsea Pyasetskyy, Esq.
Nevada Bar No. 11093                        Nevada Bar No. 11688
3507 W. Charleston Blvd.                    3890 West Ann Road
Las Vegas, Nevada 89102                     North Las Vegas, Nevada 89031
winderdanatty@aol.com                       dbarron@lvnvlaw.com
*Counsel for Plaintiffs*                    cpyasetskyy@lvnvlaw.com
                                            *Counsel for United Artists
                                            Theatre Circuit, Inc.*

**IT IS SO ORDERED,**

DATED this ___20___ day of ___November___, 2012.

_____
U.S. DISTRICT JUDGE

- 2 -